IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANIEL W. GREEN | ) | |
| | ) | |
| v. | ) | No. 3:16-01858 |
| | ) | CHIEF JUDGE SHARP |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (Docket Nos. 1, 8), filed by the Movant/Petitioner, pro se. The Government has filed a Response (Docket No. 18) in opposition to the Motion.

For the reasons set forth in the accompanying Memorandum, Petitioner's Motion (Docket No. 1) is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. Castro v. United States, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE